# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ROBERT PARKER JOHNSON
**Case Number:** 2:17-BK-15069-BMW  **Chapter:** 13
**Date / Time / Room:** TUESDAY, SEPTEMBER 11, 2018 10:00 AM   COURTROOM 446
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** REBECCA VOLZ
**Reporter / ECR:** KAYLA COLASONT

## Matter:

JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FRBP 9019

R / M #:   46 / 0

## Appearances:

CHRIS DUTKIEWICZ REPRESENTING ROBERT JOHNSON AND APPEARING BY VIDEO
MATTHEW WILLIAMS FOR JON MUSIAL REPRESENTING EVERETT BUTLER AND APPEARING BY VIDEO

## Proceedings:

The Court states that this hearing was set after the parties resolved this matter with Judge Sala in a settlement conference. It appears that there are no objections to the settlement and the parties have uploaded a stipulated order. Do the parties wish to proceed with this settlement as agreed?

The parties wish to proceed with the settlement.

COURT: THE COURT FINDS THAT THIS SETTLEMENT IS IN THE BEST INTERESTS OF THE ESTATE AND ITS CREDITORS. THE SETTLEMENT IS APPROVED.

Mr. Dutkiewicz asks about the timing of the 30 day deadline. The debtor will qualify for some funds if the move is completed within 30 days. Is it 30 days from today because the Court approved the settlement today or it is 30 days from the entry of the order approving the settlement? He would like a date certain.

Mr. Williams states that it was intended that the deadline would be 30 days from today which is 10/11/18.

The Court states that this Court reads the order such that the deadline is 30 days from the entry of the order on the docket.

Mr. Dutkiewicz agrees that the deadline will be Thursday 10/11/18.

Case 2:17-bk-15069-BMW   Doc 56   Filed 09/11/18   Entered 09/25/18 11:42:05   Desc
Main Document    Page 1 of 1

09/25/2018  11:41:50AM